1 | JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
2 | 111 Pine Street, Suite 1350
San Francisco, California 94111
3 | Telephone: (415) 576-9923                                    **E-filed 6/6/05**
Facsimile:  (415) 576-9929
4 |
Attorney for Plaintiff
5 | Peng LIU

6 |
7 |                          **UNITED STATES DISTRICT COURT**
8 |                        **NORTHERN DISTRICT OF CALIFORNIA**

9 |
10 | Peng LIU                                    )        No.: C 05-01595 JF
                                              )
11 |                          Plaintiff,         )
                                              )        **NOTICE OF VOLUNTARY**
12 |                                              )        **DISMISSAL**
     vs.                                       )
13 |                                              )        AND ORDER OF DISMISSAL
                                              )
14 | Michael Chertoff, Secretary of the         )
     Department of Homeland Security;         )
15 | Eduardo Aguirre, Director,                 )
     U.S. Citizenship and Immigration Services; )
16 | Warren Janssen, Officer in Charge of USCIS )
     San Jose Sub Office; and                  )
17 | Robert S. Mueller,                         )
     Director of Federal Bureau of Investigation )
18 |                                              )
                          Defendants.         )
19 | _____ )

20 |        NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff  voluntarily

21 | dismisses the above-captioned action without prejudice.

22 | Dated: June 2, 2005

23 |

24 |

25 |

26 |                                              Justin Wang, Esq.
                                              Attorney for Plaintiff
27 |
     6/6/05   IT IS SO ORDERED.           Judge Jeremy Fogel /s/electronic signature
28 |                                              United States District Court

---

**Case No.:** C 05-01595 JF
NOTICE OF VOLUNTARY DISMISSAL                        F:\NANCY\Mandamus\LIU, Peng\DISMISSAL.wpd